UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-148

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MARK E. BRECHER | ) | |

This matter is before the court on the government's motion for alternative victim notification procedures pursuant to 18 U.S.C. § 3771(d)(2). The court finds that the number of crime victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the crime victims the rights described in 18 U.S.C. § 3771(a). The court further finds that the government's proposal is a reasonable procedure to give effect to 18 U.S.C. § 3771. The motion is ALLOWED. The court finds that notice previously published in conjunction with United States v. Jaynes, 5:06CR54 (W.D.N.C.), which notice expressly referred to defendant and was published in the *Wall Street Journal* and on the U.S. Attorney's Office website, sufficiently satisfies the alternative victim notification obligations in this case.

This 22 July 2008.

_____
W. Earl Britt
Senior U.S. District Judge