```
              IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                      CHARLOTTE DIVISION
                      3:08-CR-000148-WEB
```

UNITED STATES OF AMERICA      )
                              )
    v.                        )    ORDER
                              )
MARK E. BRECHER               )

This matter is before the court on defendant's motion for early termination of supervised release.

Defendant has completed a substantial active sentence and has been on supervised release since his release from the active portion of his sentence on September 26, 2018. He has satisfied the financial aspects of the Court's Judgment. He has maintained a stable residence while on supervised release.

The United States Probation Office, Middle District of Florida, has provided counsel for the defendant an email which states its support for defendant's request for early termination. The United States Attorney has filed a response indicating that it has no objection to termination of the defendant's post-release supervision.

The motion is GRANTED and the court ORDERS that the term of

supervised release is terminated effective immediately.

This 29 January 2021.

_____
W. Earl Britt
Senior U.S. District Judge